# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BRIAN LYN RICHIE,<br><br>    Petitioner,<br><br>  v.<br><br>DAVID L. RUNNELS,<br><br>    Respondent(s). | No. CV 06-6653-VBF (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: June 1, 2010

_____ for
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE